POPE v. LOUISVILLE, N. A. & C. R. CO. (Circuit Court of Appeals, Seventh Circuit.) Appeal to the Supreme Court of the United States. Dismissed. See 19 Sup. Ct. 500.

---

SARRAZIN v. AUGUSTUS CRAFT CO., Limited. (Circuit Court of Appeals, Fifth Circuit. April 11, 1899.) No. 789. In Error to the Circuit Court of the United States for the Eastern District of Louisiana. W. R. Stringfellow and T. M. Gill, for plaintiff in error. E. H. Farrar, E. B. Kruttschnitt, B. F. Jonas, and Hewes T. Gurley, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PARDEE, Circuit Judge. The pleadings, rulings, bills of exception, assignments of error, and the questions involved in this case are precisely the same as in Sarrazin v. Tobacco Co. (just decided) 93 Fed. 624, and, for the reasons given in the opinion in that case, the judgment of the circuit court is affirmed.

---

WELSBACH LIGHT CO. v. REX INCANDESCENT LIGHT CO. et al. (Circuit Court of Appeals, Second Circuit. April 27, 1899.) No. 108. Appeal from the Circuit Court of the United States for the Southern District of New York. John R. Bennett, for appellant. Louis Hicks, for appellees. Appeal dismissed, and cause remanded to the circuit court, with instructions to entertain another motion for an injunction. See 87 Fed. 477.

---

In re FINKELSTEIN. (Circuit Court, S. D. New York. May 10, 1899.)

BROWN, District Judge. Before referees in bankruptcy dilatory proceedings should not be permitted, nor adjournments allowed, except for good cause, properly substantiated. The common practice of granting adjournments for convenience only should not be imitated, but progress with diligence be enforced by short adjournments only, except for good cause.